# LAW OFFICE OF EMILIANO PEREZ

37-32 75th Street
Jackson Heights, NY 11372                    eperezlaw@hotmail.com
Tel: (718) 440-9214
Fax: (718) 440-9178

March 23, 2017

**Via ECF:**
Hon. Roanne L. Mann
Chief United States Magistrate  Judge
United States District Court Eastern District of New York
 225 Cadman Plaza East
Brooklyn, New York 11201

**Re:     Caption: Cesar Perez v.  Coffee Friends, Corp., el at.**
          **Docket No.:  16-cv-4785 (AMD)(RLM)**

Dear Hon. Mann:

I am counsel to  counsel to the defendant, Coffee Friends, Corp., in the above referenced
alleged ADA violations matter.

The plaintiff and defendant have both executed a settlement agreement with a
confidentiality clause.

Please advise if the parties are required to take any further action.

I thank the Honorable Court in advance for its consideration in this matter.

Yours truly,

/s/ Emiliano Perez
Emiliano Perez, Esq.

Certification of Service:

I certify that true and correct copies of the within letter were served upon counsel for the
plaintiff on March 23, 2017 by ECF and email.

/s/ Emiliano Perez
Emiliano Perez, Esq.